■■■ In the Matter of THOMAS GERARD SMITH, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DIS-

TRICT, Petitioner. [960 NYS2d 690]——Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Feb. 27, 2013.)